# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARIA-MICHELLE CANULLA**                                           **PLAINTIFF**

**v.**                    **CASE NO. 4:21-CV-01078-BSM**

**LOWES COMPANIES INC**                                             **DEFENDANT**

## ORDER

Maria-Michelle Canulla's motion for leave to proceed *in forma pauperis* [Doc. No. 1] is granted. *See Martin-Trigona v. Stewart*, 691 F.2d 856, 857 (8th Cir. 1982) (*per curiam*). This suit, however, is dismissed with prejudice because Canulla failed to bring it within ninety days of the Equal Employment Opportunity Commission's (EEOC) denial of her employment discrimination claim. 42 U.S.C. § 2000e-5(f)(1).

On April 5, 2019, Canulla filed a charge of discrimination with the EEOC, alleging among other things that she was denied equal pay, questioned about her Italian heritage, and denied reasonable accommodations and ultimately fired because of a disability. Doc. No. 2 at 8. On December 23, 2019, the EEOC issued a notice denying her charge of discrimination and advising Canulla of her right to sue within ninety days. *Id.* at 5–6. Attached to Canulla's denial were instructions on how to appeal the EEOC's decision, including the applicable time limits in bold print. *Id.* at 6. Under Title VII of the Civil Rights Act of 1964, Canulla had until March 23, 2020, to file suit. 42 U.S.C. §2000e-5(f)(1). Canulla filed suit on March 18, 2020. *See Canulla v. Lowes*, No. 4:20-CV-00286-BSM. That lawsuit, while timely filed, was dismissed on November 18, 2020 as a result of Canulla's failure to file proof of service

in violation of FED. R. CIV. P. 4(m).  *Id.*, Doc. 9 (Order).  Canulla's present attempts to revive that lawsuit fail as a matter of law as the statute of limitations was not tolled by the first lawsuit.

Canulla's case is dismissed with prejudice.  It is certified that an *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 16th day of November, 2021.

                                                    _____
                                                  UNITED STATES DISTRICT JUDGE