**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**MARIA-MICHELLE CANULLA**                                                    **PLAINTIFF**

**v.**                                      **CASE NO. 4:21-CV-01078-BSM**

**LOWES COMPANIES INC**                                              **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE